UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOUIS P. TORTORELLA, et al. ) | |
| ) | |
| Plaintiffs, ) | Civil Action |
| ) | No. 06-10054 RGS |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

**MOTION TO DISMISS OF DEFENDANTS MITT ROMNEY, in his official capacity as Governor of Massachusetts; MARTIN J. BENISON, in his official capacity as Comptroller of the Commonwealth of Massachusetts; and BRIGADIER GENERAL OLIVER J. MASON, JR., in his official capacity of Adjutant General of the Massachusetts National Guard, PURSUANT TO F.R.C.P. 12 (b)(1) AND 12 (b)(6)**

**Now come the Defendants Mitt Romney, in his official capacity as Governor**

**of**

**Massachusetts; Martin J. Benison, in his official capacity as Comptroller of the**

**Commonwealth of Massachusetts; and Oliver J. Mason, Jr., in his official capacity**

**of**

**Adjutant General of the Massachusetts National Guard ("Commonwealth**

**Defendants");**

**and move to dismiss the Plaintiffs' First Amended Complaint pursuant to F.R.C.P.**

**12(b)(1) and 12 (b)(6).[1]**

---

[1] Plaintiffs have represented through their counsel that they do not intend in their Amended Complaint to assert any claim against the Commonwealth of Massachusetts or against the Massachusetts National Guard. To the extent that those entities are deemed "Defendants," they should be stricken from the Amended Complaint.

**As reason therefore, Defendants state as follows:**

I. **WHERE PLAINTIFFS ARE SEEKING MONETARY DAMAGES AGAINST THE COMMONWEALTH DEFENDANTS ACTING IN THEIR OFFICIAL CAPACITIES, SUCH CLAIMS ARE ASSERTED AGAINST THE COMMONWEALTH AND ARE BARRED BY THE ELEVENTH AMENDMENT OF THE UNITED STATES CONSTITUTION.**

II. **WHERE ALL CLAIMS ASSERTED BY PLAINTIFFS ARE FOR COMPENSATION RELATED TO THEIR SERVICE ON BEHALF OF THE FEDERAL GOVERNMENT PURSUANT TO U.S.C.TITLE 32, SUCH CLAIMS ARE PROPERLY ASSERTED AGAINST THE FEDERAL GOVERNMENT AND NOT AGAINST THE COMMONWEALTH DEFENDANTS.**

III. **PLAINTIFFS HAVE FAILED TO EXHAUST ADMINISTRATIVE REMEDIES.**

IV. WHERE THERE EXIST NO SUBSTANTIAL FEDERAL CLAIMS TO BE DETERMINED, ANY CLAIMS AGAINST THE COMMONWEALTH DEFENDANTS ARISING UNDER STATE LAW SHOULD BE DISMISSED.

Defendants rely upon the Memorandum of Points

and Authorities

annexed hereto.

## CONCLUSION

For the foregoing reasons, Plaintiffs' First Amended Class Action Complaint should be dismissed as against the Commonwealth Defendants.

                                                Respectfully Submitted,
                                                COMMONWEALTH OF MASSACHUSETTS
                                                By its Attorneys,
                                                /s/ Jean M. Kelley

                                                _____

                                                Jean M. Kelley, BBO #265540
                                                Assistant Attorney General

Government Bureau/Trial Division
One Ashburton Place, Room 1813
Boston, MA  02108
(617) 727-2200 x 3327

**CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 7.1 (A)(2)**

Pursuant to Local Rule 7.1 (A)(2), I certify that on March 31, 2006, I contacted the Plaintiffs' counsel, John Shek, Esq., and conferred with him regarding this Motion to Dismiss in a good faith attempt to resolve or narrow the issues.

/s/ Jean M. Kelley
_____
Jean M. Kelley, BBO #265540
Assistant Attorney General

**CERTIFICATE OF SERVICE**

I hereby certify that the Defendants' Motion to Dismiss and Memorandum in Support and 7.1(A)(2) Certification filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 31, 2006.

/s/ Jean M. Kelley
_____
Jean M. Kelley, BBO #265540
Assistant Attorney General