UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LOUIS P. TORTORELLA, et al. | ) | |
| Plaintiffs, | ) | Civil Action No. 06-10054 RGS |
| v. | ) | |
| UNITED STATES OF AMERICA, et al., | ) | |
| Defendants. | ) | |

### RENEWED MOTION TO DISMISS OF DEFENDANTS COMMONWEALTH OF MASSACHUSETTS AND THE MASSACHUSETTS NATIONAL GUARD

Now come the Defendants, Commonwealth of Massachusetts and the Massachusetts National Guard (the "Commonwealth Defendants"), and renew their motion to dismiss the Plaintiffs' First Amended Complaint pursuant to F.R.C.P.12(b)(1) and 12 (b)(6).

As grounds for this motion, the Commonwealth Defendants state that (1) where Plaintiffs are seeking monetary damages against the Commonwealth Defendants, such claims are barred by the Eleventh Amendment of the United States Constitution; (2) where all claims asserted by Plaintiffs are for compensation related to their service on behalf of the federal government pursuant to U.S.C.Title 32, such claims are properly asserted against the federal government and not against the Commonwealth Defendants; (3) where Plaintiffs have failed to exhaust administrative remedies; and (4) where there exist no substantial federal claims to be determined, any claims against the Commonwealth Defendants arising under state law should be dismissed.

After dismissing Plaintiffs' claims against the individual defendants in this action, the Court stayed a decision as to the remaining defendants pending the outcome of an audit being

conducted by the military. Although that stay has not yet been lifted by the Court, the Commonwealth Defendants contend that renewal of their motion to dismiss is appropriate at this time, particularly in light of Plaintiffs' recent motion for a preliminary injunction and the renewal of their motion for class certification. Furthermore, the result of the audit process has no bearing on the Commonwealth's immunity from suit in this Court on Plaintiffs' claims. Due to the Plaintiffs' active federal duty status, reimbursement, if any, would necessarily be paid by funds from the federal government and not the Commonwealth.

The Commonwealth Defendants rely upon the Memorandum of Points and Authorities filed herewith.

## REQUEST FOR ORAL ARGUMENT

The Commonwealth Defendants hereby respectfully request a hearing on the issues presented in their Renewed Motion to Dismiss.

                            Respectfully Submitted,

                            COMMONWEALTH OF
                            MASSACHUSETTS and
                            MASSACHUSETTS NATIONAL GUARD
                            By their Attorneys

                            THOMAS F. REILLY
                            ATTORNEY GENERAL,

                            s/ Brian M. Donovan          .
                            Brian M. Donovan, BBO #650551
                            Assistant Attorney General
                            Government Bureau/Trial Division
                            One Ashburton Place, Room 1813
                            Boston, MA  02108
                            (617) 727-2200 x 2803
                            brian.donovan@ago.state.ma.us

September 29, 2006

**CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 7.1 (A)(2)**

     Pursuant to Local Rule 7.1 (A)(2), I certify that on September 28, 2006, I contacted the Plaintiffs' counsel, John Shek, Esq., and conferred with him regarding this Renewed Motion to Dismiss in a good faith attempt to resolve or narrow the issues.

                                                  s/ Brian M. Donovan             .
                                                  Brian M. Donovan, BBO #650551


**CERTIFICATE OF SERVICE**

     I hereby certify that the foregoing document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 29, 2006.

                                                  s/ Brian M. Donovan             .
                                                  Brian M. Donovan, BBO #650551