**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

---

|  |  |  |
|---|---|---|
| | ) | |
| LOUIS P. TORTORELLA, <u>et</u> <u>al</u>. | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 06-10054 RGS |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, <u>et</u> <u>al</u>., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

---

**NOTICE REGARDING MONIES OWED TO THE NAMED PLAINTIFFS**
**AND OF THE GOVERNMENT'S WILLINGNESS TO MAKE SUCH PAYMENTS**

In Plaintiffs' Response to Defendants' Fourth Status Report and Continuing Objection, dated January 3, 2007, counsel for the plaintiffs complained that "the named Plaintiffs have not received any payment of any value whatsoever, consistent with [defendants'] calculations or otherwise, nor has any been offered either directly through Milford, or through government counsel." That is incorrect. As we explained in the United States' Third Status Report dated November 17, 2006, although the amounts owed the four plaintiffs have been calculated, they would not be disbursed "until this Court so orders, or if plaintiffs' counsel consents to such disbursements." No such consent has been forthcoming from plaintiffs' counsel.

Nonetheless, in order to dispel any confusion on this subject, the United States hereby provides notice to this Court regarding the monies owed to the four named plaintiffs in this case, and of the government's willingness to make such payments to them forthwith by electronic funds transfer should this Court so order, or if plaintiffs' counsel (or the plaintiffs themselves) consent to such payment.

The amounts owed to the four named plaintiffs are as follows:

Estate of Louis P. Tortorella:        $7,915.00

Joseph Murphy                         $24,357.00

Wayne R. Guttierez:                   $1,561.00

Steven Littlefield:                   $3,840.00

Should this Court order that such payments be made to the named plaintiffs, or upon the

consent of plaintiffs' counsel, the government will provide the four named plaintiffs with a packet

by registered mail that includes a full explanation of monies owed, a DD Form 1351-2 (Travel

Voucher), and a letter outlining the process used to determine entitlements.   The four named

plaintiffs will be requested to review all information and indicate their agreement with the finding

or to state reasons why they believe that the entitlements were incorrectly calculated.

Finally, the United States reaffirms that, by receiving payment through electronic funds

transfer, the four named plaintiffs will not be asked to waive their rights to request additional

reimbursement, or to sign any release or waiver of rights.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

Of Counsel:

By:  /s/ Mark T. Quinlivan

LT. COL. JOSEPH C. FETTERMAN          MARK T. QUINLIVAN
MAJOR JERRETT W. DUNLAP, JR.          Assistant U.S. Attorney
U.S. Army Legal Services Agency       John Joseph Moakley U.S. Courthouse
901 North Stuart Street               1 Courthouse Way, Suite 9200
Arlington, Virginia  22203-1837       Boston, MA 02210
                                      (617) 748-3606

Dated: February 2, 2007